# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE INTEREST OF | § § § | |
| T.P.H. | § § § § | CIVIL ACTION NO. _____ |
| A CHILD | § § | |

## **LIST OF ATTORNEYS**

**ATTORNEYS FOR RICHARD BRUCE HARRIS**

    Bobby K. Newman
    Lilly, Newman & Van Ness, L.L.P
    3355 West Alabama, Suite 444
    Houston, Texas 77098

**ATTORNEYS FOR NICOLE MARIE HITT F/K/A NICOLE MARIE HARRIS**

    Myrna Davila Gregory
    1225 North Loop West, Suite 1108
    Houston, Texas 77008

**AMICUS ATTORNEY FOR T.P.H., A CHILD**

    Steven I. Bruman.
    bruman@brumanlaw.com
    4560 FM 1960 West, Suite 104
    Houston, Texas 77069
    Tel: (281) 583-0055
    Fax: (281) 587-9342

**ATTORNEYS FOR CBS CORPORATION AND PETESKI PRODUCTIONS, INC.**

Charles L. Babcock
Southern District of Texas No.: 10982
Texas State Bar No.: 01479500
cbabcock@jw.com
John K. Edwards
Southern District of Texas No.: 21645
Texas State Bar No.: 24002040
jedwards@jw.com
William J. Stowe
Texas State Bar No: 24075124
Southern District of Texas No.:1138801
wstowe@jw.com
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4210
Facsimile: (713) 308-4110

11574022v.1