IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE INTEREST OF | § | |
| | § | |
| | § | |
| T.P.H. | § | CIVIL ACTION NO. _____ |
| | § | |
| | § | |
| A CHILD | § | |
| | § | |

**APPENDIX FOR DOCUMENTS TO BE FILED WITH NOTICE OF REMOVAL**

**EXHIBIT A**
- Certified Copy of Amicus Attorney's Petition to Enjoin Third Party Respondents, Peteski Productions, Inc., CBS Studios Productions, LLC, CBS Corporation, and KHOU-TV, Inc. (11/12/2014)
    - Supporting Affidavit
    - Proposed Temporary Restraining Order.
- Citation Corporate [issued to CBS Corporation] (11/13/2014)
- Temporary Restraining Order served on CBS Corporation that attaches copy of Third Party Petition and written Temporary Restraining Order (11/13/14)
- Citation Corporate [issued to Peteski Productions, Inc.] (11/13/2014)
- Temporary Restraining Order served on Peteski Productions, Inc. that attaches copy of Third Party Petition and written Temporary Restraining Order (11/13/14)
- Civil Process Request for Peteski Productions, Inc. and CBS Studios Production, LLC (11/12/14)
- Civil Process Request for CBS Corporation and KHOU-TV, Inc. (11/12/14)
- Civil Process Request for CBS Corporation and KHOU-TV, Inc. (11/13/14)
- Docket Sheet for Cause No. 200344230; in the 257th Judicial District Court of Harris County (as of 11/14/2014)

**EXHIBIT B**

List of Attorneys of Record

11573822v.2