IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE INTEREST OF § | |
| § | |
| § | |
| T.P.H. § | CIVIL ACTION NO. 4:14-cv-03291 |
| § | |
| § | |
| A CHILD § | |
| § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Amicus Attorney Steven I. Bruman on behalf of Tristan Parker Harris, and Defendant CBS Corporation file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. This third party suit was removed from the 257th District Court of Harris County, Texas, *In the Interest of T.P.H., A Child* (Cause No. 2003- 44230) on November 16, 2014.

2. CBS Corporation, CBS Studios Productions LLC, Peteski Productions, Inc., and KHOU-TV, Inc. are Defendants. Defendants have not served an answer or a motion for summary judgment. Only CBS Corporation and Plaintiff have appeared.

3. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

7. This dismissal is with prejudice.

Respectfully submitted,

By: */s/ Charles L. Babcock*
Charles L. Babcock
Attorney-in-Charge
Southern District of Texas No.: 10982
Texas State Bar No.: 01479500
cbabcock@jw.com
Jackson Walker L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4210
Facsimile: 713-308-4110

**ATTORNEYS FOR DEFENDANT CBS CORPORATION**

– AND –

By: _____
Steven I. Bruman. / Elizabeth M. Bruman, Lead Counsel
bruman@brumanlaw.com   Southern District Bar No. 10381
4560 FM 1960 West, Suite 104
Houston, Texas 77069
Tel: (281) 583-0055
Fax: (281) 587-9342

**PLAINTIFF, AMICUS ATTORNEY FOR T.P.H., A CHILD**

## **CERTIFICATE OF SERVICE**

      This is to certify that on the 26th day of November, 2014, I served the foregoing via certified mail return receipt requested on the following attorneys of record:

Elizabeth M. Bruman
S.D. Tex. No. 10387
Steven I. Bruman.
State Bar No. 03245050
bruman@brumanlaw.com
4560 FM 1960 West, Suite 104
Houston, Texas 77069
Tel: (281) 583-0055
Fax: (281) 587-9342

**AMICUS ATTORNEY FOR T.P.H., A CHILD**

                                        By: /s/ William Stowe
                                               William J. Stowe